**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7363**

_____

ROBERT LEE SMITH, JR.,

Plaintiff - Appellant,

versus

DANNY SAFRIT; SERGEANT GRIGGS; B. SMITH,
Sergeant; CHARLES STEVENSON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Russell A. Eliason, Magistrate Judge. (CA-94-305-2)

_____

Submitted: December 14, 1995        Decided: January 17, 1996

_____

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Lee Smith, Jr., Appellant Pro Se. Sylvia Hargett Thibaut, Assistant Attorney General, Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. The parties consented to the exercise of jurisdiction by the magistrate judge. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Smith v. Safrit, No. CA-94-305-2 (M.D.N.C. Aug. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2